IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELMORE NICHOLS, JR., #129913, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:06-cv-911-MHT |
| | ) | (WO) |
| JEFFERY KNOX, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The magistrate judge entered a recommendation (Doc. #19) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that :

(1) The recommendation (Doc. #19) of the magistrate judge is adopted.

(2) Defendant's special report (Doc. #11) is treated as a motion for summary judgment and said motion is granted.

An appropriate judgment will be entered.

DONE, this the 19th day of May, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE